**BAY AREA LAUNDRY AND DRY CLEANING PENSION TRUST FUND, Plaintiff–Appellant,**

v.

**FERBAR CORPORATION OF CALIFORNIA, INC., a California Corporation; Ferreira Farms, Inc., a California Corporation; Diable Cleaners, Inc., a California Corporation; Stephen J. Barnes, and Robert J. Ferreira, Defendants–Appellees.**

No. 94–15976.

United States Court of Appeals, Ninth Circuit.

Feb. 20, 1998.

Before: BROWNING,* BEEZER, and TROTT, Circuit Judges.

## ORDER

The judgment of this court, 73 F.3d 971 (1996), having been reversed, this case is remanded to the district court for further proceedings consistent with the decision of the Supreme Court of the United States in *Bay Area v. Ferbar Corporation*, —— U.S. ——, 118 S.Ct. 542, 139 L.Ed.2d 553, (1997).